IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAROL WAVER,                       )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   No. 13 C 6701
                                   )
ELGIN COMMUNITY COLLEGE, et al.,   )
                                   )
        Defendants.                )

## MEMORANDUM ORDER

This Court's September 26, 2013 memorandum opinion and order ("Opinion") remanded this action to the Circuit Court of this Sixteenth Judicial Circuit, Kane County, Illinois. Counsel has called this Court's attention to an inadvertent typographical error in the last sentence of the penultimate paragraph, which originally read:

> In sum, defendants' motion to dismiss any potential claim under Title IX is dismissed as well.

That sentence should have read:

> In sum, defendants' motion to dismiss any potential claim under Title IX is granted as well.

Accordingly, the Opinion is amended by substituting the last-quoted sentence for the earlier-quoted sentence.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Dated:    September 30, 2013