IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAROL WAVER,                    )
                                )
            Plaintiff,          )
                                )
     v.                         )    No.  13 C 6701
                                )
ELGIN COMMUNITY COLLEGE, et al.,)
                                )
            Defendants.         )

## MEMORANDUM ORDER

On September 30, 2013, pro se plaintiff Carol Waver ("Waver") filed her Response to Defendant's Motion To Dismiss. It is clear that Waver's filing crossed in the mails this Court's order remanding this action to the state court of origin. Accordingly no action will be taken here on Waver's filing, but she is of course free to advance the arguments made there before the state court.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 2, 2013